# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE FRANCIS and RONALD PETERSEN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION, et al.,<br><br>　　　　　　Defendants. | 2:11-CV-398 JCM (CWH) |

# ORDER

Plaintiffs Julie Francis, et. al. filed their complaint on March 15, 2011. (Doc. #1). Defendant Credit Acceptance Corporation filed a motion to dismiss on April 29, 2011. (Doc. #5). Plaintiffs failed to respond or oppose the motion to dismiss.

On May 26, 2011, plaintiffs filed a notice of settlement. (Doc. #6). The notice of settlement states that the parties "anticipate filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days." (Doc. #6). As of November 8, 2011, the parties have taken no further action in this case.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs Julie Francis,
2 et. al. show cause why this case should not be dismissed for failure to prosecute. Plaintiffs must
3 respond to this order within fourteen (14) days or the case will be dismissed for failure to prosecute.
4    DATED November 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -